UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER - REOPENING/CLOSING

Case No. CV13-44 CBM(PLAx)          Dated: March 29, 2013
Title: Neisy Alvarez vs Performant Recovery, Inc., et al


=======================================================================
PRESENT:
                HONORABLE    CONSUELO B. MARSHALL , DISTRICT JUDGE


Joseph M. Levario                                not reported
COURTROOM DEPUTY CLERKS                  COURT RECORDER


ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

not present                             not present


PROCEEDINGS:   Minute Order (In Chambers):

  other:
__  Reopen Case Make JS-5


__Case should have been closed on

x The Court has been advised by counsel that this action has been settled,
  or is in the process of being settled.  It is therefore ordered that this
  action is hereby dismissed without prejudice to the right, upon good
  cause shown within 60 days, to re-open the action if settlement is not
  consummated.
  During this 60 day period, this Court retains full jurisdiction over this
  action and this Order shall not prejudice any party to this action.
  In the event a motion or ex parte application to re-open is not filed
  within  days, the dismissal of this action will be with prejudice.
  [JS-6]




                                Initials of Deputy Clerk JL